**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Tina M. Muhr

                        Plaintiff,

v.                                                        Case No.: 1:13−cv−03099
                                                        Honorable Harry D. Leinenweber

Board of Education School District No. 104 Cook County Illinois, et al.

                        Defendant.


**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**


      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Jeffrey Cole for the purpose of holding proceedings related to: settlement conference. (wp, )Mailed notice.


Dated: June 10, 2014

                                                                /s/ Harry D. Leinenweber

                                                                United States District Judge