# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

Tina M. Muhr

                                                Plaintiff,

v.                                                                            Case No.: 1:13−cv−03099

                                                                               Honorable Harry D. Leinenweber

Board of Education School District No. 104 Cook County Illinois, et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 17, 2015:

      MINUTE entry before the Honorable Harry D. Leinenweber:Plaintiff's Motion to reopen case [51] and compel compliance with the Court's order of 12/18/2014 [53] are denied as moot.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.